**E-FILED**

MAY 13 2020

Document #_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY VILLARREAL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No.: 2:20-cv-01641-PSG-PLA<br><br>[~~PROPOSED~~] **FINAL JUDGMENT** |

# [PROPOSED] FINAL JUDGMENT

On May 6, 2020, this Court issued its Order in favor of Defendant American Medical Systems, Inc. ("Defendant"), on Defendant's Motion for Summary Judgment (Dkt. No. 57 (Order GRANTING Defendant's Motion) ("Order")). In its Order, the Court ruled that that there is a complete defense to the action because Plaintiff Ruby Villarreal's ("Plaintiff") claims are barred by the statute of limitations.

Because (1) Plaintiff's claims are barred by the statute of limitations and (2) there remains no further issues for the Court to resolve in this action, the Court renders the following Final Judgment against Plaintiff pursuant to Federal Rules of Civil Procedure 54 and 58.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED and FINAL JUDGMENT IS RENDERED** that:

A. This Court has jurisdiction over the parties and the subject matter;

B. Defendant's Motion for Summary Judgment is **GRANTED**;

C. **JUDGMENT** is entered **IN FAVOR** of Defendant and **AGAINST** Plaintiff as to **ALL** of Plaintiff's causes of action;

D. Plaintiff takes nothing against Defendant by her complaint; and

E. Defendant is **DISMISSED** from this action **WITH PREJUDICE**.

All relief requested in this case and not expressly granted is denied. This judgment finally disposes of all parties and claims.

**IT IS SO ORDERED.**

Dated: 5/13/2020

Honorable Philip S. Gutierrez
United States District Judge